DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL GREEN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3953

[March 1, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Paul L. Backman, Judge; L.T. Case No. 10-017459 CF10A.

Michael Green, Defuniak Springs, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CIKLIN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***